890

memorandum for the United States, as *amicus curiae*, urging that the petition for a writ of certiorari be granted.

No. 334. COMPANIA NAVIERA HIDALGO, S. A., *v.* BENZ ET AL. C. A. 9th Cir. Certiorari denied. *Lofton L. Tatum* for petitioner.

No. 350. CAIN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Albert B. Arbaugh* for petitioner. Solicitor General *Rankin,* Assistant Attorney General *Rice, Lee A. Jackson* and *L. W. Post* for the United States.

No. 354. MICHIGAN CORPORATION AND SECURITIES COMMISSION ET AL. *v.* PANHANDLE EASTERN PIPE LINE Co. Supreme Court of Michigan. Certiorari denied. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for petitioners. *Paul F. Mickey, H. I. Armstrong, Jr.* and *Russell Voertman* for respondent.

No. 355. MELROSE REALTY Co., INC., *v.* LOEW'S INCORPORATED ET AL. C. A. 3d Cir. Certiorari denied. *Lewis M. Stevens* for petitioner. *Wm. A. Schnader* and *Bernard G. Segal* for Loew's Incorporated et al., *Louis J. Goffman* for Warner Bros. Pictures Distributing Corporation et al., and *Albert M. Cohen* for Glenside Theatre Corporation, respondents.